**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Felipe Arrevalo GARCIA, Defendant— Appellant.**

**No. 01–17457.**

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2004.*

Decided June 24, 2004.

William S. Wong, AUSA, Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Felipe Arrevalo Garcia, Sandstone, MN, pro se.

Before: HALL, LEAVY and FISHER, Circuit Judges.

### MEMORANDUM **

Felipe Arrevalo Garcia appeals pro se the district court's denial of his 28 U.S.C. § 2255 motion challenging his conviction and sentence for conspiracy to manufacture methamphetamine with intent to dis-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

tribute and manufacturing methamphetamine, in violation of 18 U.S.C. § 2 and 21 U.S.C. §§ 841 and 846. We have jurisdiction pursuant to 28 U.S.C. § 2253 and we affirm.

Garcia's August 11, 2004 motion for reconsideration of his motion to broaden the certificate of appealability and his second motion to broaden the certificate of appealability is DENIED. *See* 28 U.S.C. § 2253(c)(2).

Garcia's argument that the district court erred in determining that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), should not apply retroactively on collateral review is foreclosed by *United States v. Sanchez–Cervantes,* 282 F.3d 664, 665 (9th Cir.2002), and the district court's judgment is AFFIRMED.